**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA**

**CHARLESTON DIVISION**

DANA STEVENSON,

        Plaintiff,

v.                                      CIVIL ACTION NO.  2:22-cv-00155

AARON PAYNE, et al.,

        Defendants.

**MEMORANDUM OPINION AND ORDER**

This action was referred to United States Magistrate Judge Dwane L. Tinsley for submission of proposed findings of fact and recommendations for disposition pursuant to 28 U.S.C. § 636. On March 5, 2026, Magistrate Judge Tinsley submitted his Proposed Findings & Recommendations ("PF&R"), [ECF No. 114], and recommended that the court grant Defendant Aaron Payne's Motion to Dismiss and dismiss him from this action. Neither party timely filed objections to the PF&R nor sought an extension of time.

A district court "shall make a de novo determination of those portions of the report or specified proposed findings or recommendations to which objection is made." 28 U.S.C. § 636(b)(1)(C). This court is not, however, required to review, under a de novo or any other standard, the factual or legal conclusions of the magistrate judge as to those portions of the findings or recommendation to which no objections are addressed. *Thomas v. Arn*, 474 U.S. 140, 150 (1985).

Because the parties have not filed objections in this case, the court adopts and incorporates herein the PF&R and orders judgment consistent therewith. The court **GRANTS** Defendant Aaron

Payne's Motion to Dismiss, **[ECF No. 106],** and **DISMISSES** Defendant Aaron Payne from the action.

The matter shall remain **REFERRED** to Magistrate Judge Tinsley for additional proceedings against Defendants Smith and Hager.

The court **DIRECTS** the Clerk to send a copy of this Memorandum Opinion and Order to counsel of record and any unrepresented party.

ENTER:        March 26, 2026

JOSEPH R. GOODWIN
UNITED STATES DISTRICT JUDGE